UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHELAN HOLDINGS, INC., )
)
Plaintiff, )
)
v. ) CASE NO. 8:15-CV-2294-JSM-TBM
)
RARE HOSPITALITY )
MANAGEMENT, INC., )
)
Defendant. )
_____ )

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Phelan Holdings, Inc. and Defendant RARE Hospitality Management, Inc. hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims and causes of action brought in this case. Each party shall bear its own costs, expenses, and attorneys' fees.

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **27** day of **JULY**, 20**17**.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

Respectfully submitted this 26th day of July, 2017,

/s/ *Lawrence A. Farese*
Alan F. Wagner
AlanWagner@wagnerlaw.com
Florida Bar No. 0374105
WAGNER MCLAUGHLIN
601 Bayshore Boulevard
Suite 910
Tampa, FL 33606
Telephone: (813) 225-4000
Facsimile: (813) 225-4010

Lawrence A. Farese
lfarese@robinskaplan.com
ROBINS KAPLAN LLP
Suite 201
711 5th Ave S.
Naples, FL 34102
Telephone: (239) 213-1973
Facsimile: (239) 213-1970

*Counsel for Plaintiff*
*Phelan Holdings, Inc.*

/s/ *Holly Hawkins Saporito*
Robert L. Lee, Esq.
Georgia Bar. No. 443978
bob.lee@alston.com
(admitted pro hac vice)
Holly Hawkins Saporito, Esq.
Georgia Bar No. 142496
holly.saporito@alston.com
(admitted pro hac vice)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street Atlanta, GA
30309-3424
Telephone: 404-881-7000

Megan Costa DeVault
Florida Bar No. 0560731
megan.devault@akerman.com
AKERMAN LLP
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: 407-419-8426

*Counsel for Defendant*
*RARE Hospitality Management, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, I filed the foregoing document via the Court's CM/ECF system, which will automatically give notice to all CM/ECF participants.

/s/ *Holly Hawkins Saporito*
Holly Hawkins Saporito, Esq.
Georgia Bar No. 142496
holly.saporito@alston.com
(admitted pro hac vice)
ALSTON & BIRD LLP

*Counsel for Defendant*
*RARE Hospitality Management, Inc.*